STATE v. HOOVER

No. 128PA98

Case below: 128 N.C.App. 749

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 7 May 1998.

STATE v. JACKSON

No. 126PA98

Case below: 128 N.C.App. 626

Petition by defendant for discretionary review allowed only as to the issue of whether a prior no contest plea can constitute a conviction within the meaning of G.S. 14-7.1; otherwise, the petition is denied 7 May 1998.